**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

LUCIANO DE LIMA FAGUNDES PINHEIRO,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-987

**ORDER**

The Court conducted an informal telephonic conference with the parties on October 1, 2026. During the conference, Respondent's counsel stated she would file a motion to dismiss **on or before October 15, 2026**. Petitioner shall have **up to and including October 29, 2026**, to file any desired response to the motion to dismiss. The parties, in their briefing, are to indicate if there is any need for oral argument or an evidentiary hearing and provide specific issues they wish to discuss and any requests for hearings to be conducted in person or by electronic means. If there are any updates

on Petitioner's status during the pendency of this case or any other factual updates to provide, the parties are to notify the Court.

**SO ORDERED**, this 2nd day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA