# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| LUCIANO DE LIMA FAGUNDES PINHEIRO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:26-cv-987 |

## ORDER

Petitioner, through counsel, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and states he has been Immigration and Customs Enforcement's ("ICE") custody since April 24, 2026, though he was lawfully admitted on non-immigrant status on March 4, 2026. Dkt. No. 1 at 2. Petitioner also states that he had a bond hearing after ICE arrested him, but the hearing did not result in curing the defects that occurred during his arrest. Id. Thus, Petitioner seeks his release from ICE detention or, in the alternative, a hearing before a neutral immigration judge at which the Government bears the burden. Id.

Respondent filed an Answer-Response, and Petitioner filed a Motion for Interim Relief. Dkt. Nos. 6, 8. The Magistrate Judge then held an informal telephonic status call with the parties, and

counsel for Respondent stated she would file a motion to dismiss on or before October 15, 2026. Dkt. No. 9.

On October 15, 2026, Respondent filed a notice and states he will not file a motion to dismiss in this case, as counsel learned that the Department of Homeland Security has moved to dismiss Petitioner's removal proceedings. Dkt. No. 12. In this notice, Respondent asserts he does not oppose this Court issuing an order for Petitioner's release while his removal proceedings are pending, under conditions of supervision ICE sets. Id. at 1.

Considering Respondent's recent notice, the Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** Respondent to release Petitioner from custody as quickly as possible, but no later than within fourteen (14) days of this Order. I also **ORDER** Petitioner to abide by the terms of supervision ICE imposes for his release. The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

**SO ORDERED**, this 26 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA